PARK COUNTY CLERK
OF DISTRICT COURT
JUNE LITTLE

2017 APR 4 AM 8 13

FILED
BY Molly Bradberry
DEPUTY

**THE HON. BRENDA R. GILBERT**
Judge of the District Court
Sixth Judicial District
414 East Callender Street
Livingston, Montana 59047

## MONTANA SIXTH JUDICIAL DISTRICT COURT, PARK COUNTY

JAMES L. BARKER AND
JEANNE A. BARKER,

    Plaintiffs,

vs.

ONEWEST BANK,
CIT BANK, NA,
FIRST AMERICAN TITLE COMPANY OF
MONTANA, INC., TRUSTEE,
CHARLES PETERSON, TRUSTEE

    Defendants.

Case No.: DV-17-44

**ORDER GRANTING EMERGENCY MOTION TO POSTPONE FORECLOSURE SALE**

Pursuant to Plaintiffs James L. Barker's and Jeanne A. Barker's Emergency Motion to Postpone Foreclosure, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs' Emergency Motion to Postpone Foreclosure Sale is granted, and the pending foreclosure is stayed.

ENTERED this 4th day of April, 2017.

*Brenda R. Gilbert*
**THE HON. BRENDA R. GILBERT**
Judge of the District Court

ORDER GRANTING EMERGENCY MOTION TO POSTPONE FORECLOSURE SALE - 1

Cc:

Karl Knuchel
Karl Knuchel PC
101 North E. Street.
P.O. Box 953
Livingston, MT 59047

Michael A. Hass
Greenberg Traurig LLP
1750 Tysons Boulevard
Suite 1000
McLean, VA 22102

Charles Peterson
Mackoff Kellogg
38 2nd Ave. E.
Dickinson, ND 58601



mld 4-4-17
mJB